IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RON HAYES                                                                                           PLAINTIFF

v.                         Civil No. 4:15-cv-04046

ARKANSAS DEPARTMENT OF CORRECTIONS;
COMMUNITY EDUCATION CENTERS;
WENDY KELLEY; WARDEN SHANE CAMPBELL;
CHRISTOPHER WILLIAMS; ROCKY BARNETT;
BRANDON SUMNER; JOHN GOOD;
RICHARD NICHOLS; and JOHN DOES                                                  DEFENDANT

## ORDER

Ron Hayes submitted this civil action for filing pursuant to 42 U.S.C. § 1983. Currently before the Court is the matter of screening and service pursuant to 28 U.S.C. § 1915A.

After considering Plaintiff's Complaint, I find Plaintiff's Complaint should be served on Defendants. As Plaintiff is not proceeding *in forma pauperis,* it is his responsibility to serve Defendants in compliance with the Federal Rules of Civil Procedure.

The Clerk of the Court is **DIRECTED** to issue the summons sent with Plaintiff's Complaint and return them to Plaintiff's counsel for service.

**IT IS SO ORDERED this 2nd day of June 2015.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE