IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RON HAYES                                                                                                    PLAINTIFF

VS.                                          Civil No. 4:15-cv-4046

ARKANSAS DEPARTMENT OF
CORRECTION; COMMUNITY EDUCATION
CENTERS; WENDY KELLEY, DIRECTOR
OF THE ARKANSAS DEPARTMENT OF
CORRECTION; WARDEN SHANE CAMPBELL;
CHRISTOPHER WILLIAMS; ROCKY BARNETT;
BRANDON SUMNER; JOHN GOOD;
RICHARD NICHOLS; and JOHN DOES                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 5, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 20). Judge Bryant recommends that Separate Defendants' Motions to Dismiss (ECF Nos. 8 & 10) be granted. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The Motions to Dismiss should be and hereby are **GRANTED**. All claims against Defendants Arkansas Department of Correction, Wendy Kelley, and the Community Education centers are hereby dismissed. Plaintiff's claims against the other Defendants remain pending.

**IT IS SO ORDERED**, this 8th day of December, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge