IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RON HAYES                                                                                          PLAINTIFF

v.                              Civil No. 4:15-CV-04046

                                                                                                   DEFENDANTS
WARDEN SHANE CAMPBELL;
CHRISTOPHER WILLIAMS; ROCKY BARNETT;
BRANDON SUMNER; JOHN GOOD;
RICHARD NICHOLS; and JOHN DOES

## JUDGMENT

A show cause order (Doc. 22) was entered on January 14, 2016. Plaintiff was given until January 26, 2016, to show cause why this action should not be dismissed based on his failure to serve the Defendants. Plaintiff responded (Doc. 23) stating that he had not served the Defendants and he would refile the action at some unspecified point.

Accordingly, this case is **DISMISSED** based on Plaintiff's failure to serve the Defendants in the time provided by Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 23rd day of February 2016.

/s/ Susan O. Hickey
HON. SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE